BASS & ASSOCIATES, P.C.
3936 East Fort Lowell Road, Suite 200
Tucson, AZ 85712
(520) 577-1544
Fax: (520) 577-1546
Jason L. Erwin SBN: 025465
Patti H. Bass SBN: 016849
e-mail: legal@bass-associates.com

Attorneys for Alliant Credit Union

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Jorge Contreras and Maria Elodia Rivera Ortiz<br><br>Debtors.<br><br>ALLIED CREDIT UNION,<br>Movant.<br><br>Jorge Contreras and Maria Elodia Rivera Ortiz,<br>Debtors<br><br>Edward J. Maney    Trustee | In Proceedings Under Chapter 13<br>Case No. 2:16-bk-02212-BKM<br><br>STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND AGREED ORDER<br>As to: 2015 Chevy Silverado<br>VIN: 3GCPCREH4FG175185 |

Movant Alliant Credit Union, secured creditor, and the Debtors listed above, by and through counsel, agree that the secured creditor has a valid and perfected security interest in the:

    2015 Chevy Silverado
    VIN#: 3GCPCREH4FG175185

Alliant Credit Union, secured creditor, and the Debtors listed above, by and through counsel, agree that pursuant to the Motion to Modify Chapter 13 Plan pf 6/16/2017 the Debtors intend to surrender said collateral. Alliant Credit Union, secured creditor, and the Debtors listed above, by

and through counsel agree that the Debtors have no equity therein and are not providing adequate protection by payments or other action; and the Court not being otherwise advised,

IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED, as follows:

1) The 11 U.S. Code 362 stay is hereby lifted to permit Secured Creditor to enforce its security interest in the aforesaid collateral:
2) Debtors will surrender, if have not already, the aforesaid collateral to Secured Creditor, and Secured Creditor shall sell it;
3) The provisions of Bankruptcy Rule 4001(a) (3) are waived and the Order shall be in full force and effect upon signature of this Court and that entry of this.

RESPECTFULLY SUBMITTED this 25th day of August, 2017.

SO ORDERED, this _____ day of _____, 2017.

_____
HONORABLE BRENDA K MARTIN
UNITED STATES BANKRUPTCY COURT

CONSENTED AND AGREED TO:

By: _____
Martin J Berkley, ESQ.
Berkley Law Office
On Behalf of and as Attorney for:
Jorge Contreras and Maria Elodia Rivera Ortiz

By: _____
Jason L. Erwin of
Bass & Associates, P.C.
Attorneys for Alliant Credit Union

By: _____
Edward J. Maney
Trustee

Copies of the foregoing mailed this 25th day of August, 2017 to:

Trustee
Edward J. Maney
101 N. First Avenue; Suite 1775
Phoenix, AZ 85003

Jorge Contreras and Maria Elodia Rivera Ortiz
C/o Berkley Law Office
Martin J. Berkley, Esq.
4700 S Mill Ave # 1
Tempe, AZ 85282